IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SEALED
FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
MAY 20 2024
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

IONUT MADALIN ZAMFIR, a/k/a Ionut
Madalin, a/k/a Madalin Zamfir,
DANIEL ANDRONACHE,
DUDU MUSI, a/k/a Musi Dudu,
RAZVAN TRASCA, and
IONUT ANDRONACHE,

    Defendants.

8:24CR87

INDICTMENT
49 U.S.C. § 32703(2)
49 U.S.C. § 32709(b)
18 U.S.C. § 513(a) & (c)
18 U.S.C. § 2

The Grand Jury charges that

At times relevant and material to this Indictment:

1. Defendants IONUT MADALIN ZAMFIR, a/k/a Ionut Madalin, a/k/a Madalin Zamfir, DANIEL ANDRONACHE, DUDU MUSI, a/k/a Musi Dudu, RAZVAN TRASCA, and IONUT ANDRONACHE, were engaged in the buying and selling of used motor vehicles.

2. Defendants IONUT MADALIN ZAMFIR, a/k/a Ionut Madalin, a/k/a Madalin Zamfir, DANIEL ANDRONACHE, DUDU MUSI, a/k/a Musi Dudu, RAZVAN TRASCA, and IONUT ANDRONACHE, bought high-mileage, used motor vehicles; altered (rolled-back) and caused to be altered odometers and titles showing the vehicles had significantly less mileage; and sold the vehicles to consumers via Facebook Marketplace.

3. As referenced in this indictment, the following vehicle numbers refer to the vehicles identified below:

## The Vehicles

| Vehicle No. | Year/Make/Model | Vehicle Identification No. |
|---|---|---|
| 1 | 2011 Toyota Sienna | 5TDKK3DC3BS029372 |
| 2 | 2012 Dodge Ram 1500 | 1C6RD7FT4CS342959 |
| 3 | 2012 Honda Pilot | 5FNYF4H5XCB018634 |
| 4 | 2013 Ford F-150 | 1FTFW1ET3DFA05228 |
| 5 | 2012 Ford F-150 | 1FTFW1ET1CFB02507 |
| 6 | 2014 Honda Odyssey | 5FNRL5H91EB018661 |
| 7 | 2010 Ford F-150 | 1FTFW1EV9AKA57287 |
| 8 | 2007 Honda Odyssey | 5FNRL38857B039947 |
| 9 | 2006 Honda Odyssey | 5FNRL38856B116458 |

## COUNTS 1 THROUGH 9

4. Paragraphs 1 through 3 are incorporated herein.

5. On or about the date ranges listed below, in the District of Nebraska, and elsewhere, Defendants IONUT MADALIN ZAMFIR, a/k/a Ionut Madalin, a/k/a Madalin Zamfir, DANIEL ANDRONACHE, DUDU MUSI, a/k/a Musi Dudu, RAZVAN TRASCA, and IONUT ANDRONACHE, did knowingly and willfully reset and alter, and cause to be reset and altered, the odometers of the motor vehicles listed below, with the intent to change the mileage registered by said odometers, and did aid, abet, counsel, and procure the commission of each offense, each such instance constituting a separate Count of this Indictment:

| Count | Defendant(s) | Approximate Dates of Vehicle Acquisition and Sale | Vehicle No. | Approximate High Mileage | Approximate False Low Mileage |
|---|---|---|---|---|---|
| 1 | Dudu Musi, a/k/a Musi Dudu, Ionut Madalin Zamfir a/k/a Ionut Madalin, a/k/a Madalin Zamfir | September 7, 2023 to October 14, 2023 | 1 | 278,689 | 149,061 |
| 2 | Dudu Musi, a/k/a Musi Dudu | January 25, 2024 to February 19, 2024 | 2 | 271,868 | 132,000 |
| 3 | Razvan Trasca | September 2023 to October 20, 2023 | 3 | 199,591 | 99,591 |

2

| 4 | Razvan Trasca | September 20, 2023 to September 22, 2023 | 4 | 294,237 | 76,843 |
|---|---|---|---|---|---|
| 5 | Razvan Trasca | September 16, 2023 to December 22, 2023 | 5 | 190,719 | 127,994 |
| 6 | Ionut Andronache | March 13, 2024 to March 21, 2024 | 6 | 205,886 | 134,295 |
| 7 | Daniel Andronache, Razvan Trasca | August 2023 to September 15, 2023 | 7 | 207,000 | 139,198 |
| 8 | Daniel Andronache | August 1, 2023 to August 23, 2023 | 8 | 200,000 or greater | 148,622 |
| 9 | Ionut Andronache | March 20, 2024 to March 24, 2024 | 9 | 250,000 or greater | 142,000 |

All in violation of Title 49, United States Code, Sections 32703(2) and 32709(b), and Title 18, United States Code, Section 2.

## COUNTS 10 THROUGH 16

6. Paragraphs 1 through 3 are incorporated herein.

7. On or about the dates listed below, in the District of Nebraska, and elsewhere, Defendants IONUT MADALIN ZAMFIR, a/k/a Ionut Madalin, a/k/a Madalin Zamfir, DANIEL ANDRONACHE, DUDU MUSI, a/k/a Musi Dudu, RAZVAN TRASCA, and IONUT ANDRONACHE, did knowingly make, utter, and possess, and caused to be made, uttered, and possessed, forged and counterfeited securities of the State of Nebraska and the State of Iowa – namely, certificates of title relating to the motor vehicles listed below – with the intent to deceive other persons, organizations, and governments, and did aid, abet, counsel, and procure the commission of each offense, each such instance constituting a separate Count of this Indictment:

3

| Count | Defendant(s) | Approximate Date of Sale | Vehicle No. | Approximate High Mileage | Approximate False Low Mileage |
|---|---|---|---|---|---|
| 10 | Dudu Musi, a/k/a Musi Dudu, Ionut Madalin Zamfir, a/k/a Ionut Madalin, a/k/a Madalin Zamfir | October 14, 2023 | 1 | 278,689 | 149,061 |
| 11 | Dudu Musi, a/k/a Musi Dudu | February 19, 2024 | 2 | 271,868 | 132,000 |
| 12 | Razvan Trasca | October 20, 2023 | 3 | 199,591 | 99,591 |
| 13 | Razvan Trasca | September 22, 2023 | 4 | 294,237 | 76,843 |
| 14 | Razvan Trasca | December 22, 2023 | 5 | 190,719 | 127,994 |
| 15 | Ionut Andronache | March 21, 2024 | 6 | 205,886 | 134,295 |
| 16 | Daniel Andronache | August 23, 2023 | 8 | 200,000 or greater | 148,622 |

All in violation of Title 18, United States Code, Sections 513(a) & (c) and 2.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

John E. Higgins, #19546
Assistant U.S. Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:24CR87 |
| IONUT MADALIN ZAMFIR, a/k/a Ionut Madalin, a/k/a Madalin Zamfir | ) ) ) ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   IONUT MADALIN ZAMFIR, a/k/a Ionut Madalin, a/k/a Madalin Zamfir                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Odometer tampering, in violation of Title 49, United States Code, Sections 2703(2) and 32709(b)
Utter and possess forged and counterfeit securities of a state, in violatin of Title 18, United States Code, Sections 513(a) & (c).
Aiding and abetting, in violation of Title 18, United States Code, Section 2

Date: 5/20/24

*Issuing officer's signature*

City and state:   Omaha, Nebraska                           Denise M. Lucks, Clerk of the Court
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____ *Arresting officer's signature* |
|                    _____ *Printed name and title* |